**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KIM KNAPP, and
RANDY RICE, Trustee in Bankruptcy**                                    **PLAINTIFFS**

**v.**                             **CASE NO. 4:06-CV-020**

**HANK'S FURNITURE, INC., d/b/a
FAB-PRO; FREIGHT SALES COMPANY;
FREIGHT SALES FURNITURE;
HANK'S FINE FURNITURE;
HOME PLACE FURNITURE; and
HANK'S DISCOUNT FINE FURNITURE**                      **DEFENDANTS**

**CONSENT JUDGMENT**

Upon the basis of the Plaintiffs' acceptance of the Defendants' offer of Judgment,

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Plaintiffs Kim Knapp and Randy Rice, Trustee, and against Defendants Hank's Furniture, Inc., Fab-Pro, Freight Sales Company, Freight Sales Furniture, Hank's Fine Furniture, Home Place Furniture, and Hank's Discount Fine Furniture in the amount of $15,000.00, inclusive of attorney's fees and costs.

Dated this 3rd day of August, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE